IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL E. TRIGG, M.D. | : CIVIL ACTION |
| v. | : NO. 14-6063 |
| MERCK SHARP & DOHME CORP. | : |

## ORDER

AND NOW, this 1st day of May 2015, upon consideration of Defendant's Motion to Dismiss (ECF Doc. No. 15), Plaintiff's Response (ECF Doc. No. 18), Defendant's Reply (ECF Doc. No. 21), and Plaintiff's Sur-Reply (ECF Doc. No. 24), it is **ORDERED** that Defendant's Motion (ECF Doc. No. 15) is **DENIED**.

Defendant shall respond to the Amended Complaint (ECF Doc. No. 3) on or before **May 15, 2015**.

KEARNEY, J.